No. 03-91. DiGRADO v. ASHCROFT, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied. 

No. 03-130. CAMPBELL ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED v. HILTON HEAD No. 1 PUBLIC SERVICE DISTRICT ET AL. Sup. Ct. S. C. Certiorari denied. 

No. 03-162. BULL MOOSE TUBE CO. ET AL. v. EMMENEGGER ET AL. C. A. 8th Cir. Certiorari denied. 

No. 03-164. TOWNSEND v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 03-171. STERLING HOLDING CO., LLC, ET AL. v. LEVY. C. A. 3d Cir. Certiorari denied. 

No. 03-174. DOE ET UX., INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, D. M. ET AL. v. REIGER ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03-178. CARPENTER v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03-183. SHOTTS v. RASMUSSEN ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03-185. WEST AMERICAN INSURANCE CO. v. JACKSON ET AL. C. A. 6th Cir. Certiorari denied. 

No. 03-187. AURORA NATIONAL LIFE ASSURANCE CO. ET AL. v. SIERRA NATIONAL INSURANCE HOLDINGS, INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 03-191. BOSTON UNIVERSITY v. UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY. Sup. Ct. N. J. Certiorari denied. 

No. 03-194. TIDWELL v. BELLSOUTH TELECOMMUNICATIONS, INC. C. A. 11th Cir. Certiorari denied.